UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 26-26501-CIV-MARTINEZ

BRAYAN MANUEL DIAZ CAVADIA,

Petitioner,

v.

FACILITY ADMINISTRATOR,
KROMENORTH SERVICE
PROCESSING CENTER, *et al.*,

Respondents.
_______________________________________/

**ORDER**

**THIS CAUSE** is before the Court on Petitioner Carlos Andres Fernandez's First Corrected Verified Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("Petition"), [ECF No. 6]. Although the Petition asserts that Petitioner is detained by U.S. Immigration and Customs Enforcement (ICE) at Krome North Service Processing Center in Miami, Florida, (*see* [ECF No. 6] ¶ 1), Petitioner is actually being held at the Jackson Parish Correctional Center in Jonesboro, Louisiana. (*See generally* Motion to Dismiss or Transfer Action [ECF No. 8]; *see also* Petitioner's Detention History [ECF No. 8-1]). Jonesboro, Louisiana is in Jackson County, which falls within the Western District of Louisiana. *See* 28 U.S.C. § 98(c).

Under § 2241, "[d]istrict courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004) (quoting 28 U.S.C. § 2241(a)); *see also Trump v. J. G. G.*, 604 U.S. 670, 672 (2025); *Garcia v. Warden*, 470 F. App'x 735, 736 (11th Cir. 2012) (noting that "jurisdiction for § 2241 petitions lies only in the district of confinement"). If a petitioner files his case in the wrong district, the Court can *sua sponte* transfer the case "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a); *see also Lipofsky v.*

*N.Y. State Workers Comp. Bd.*, 861 F.2d 1257, 1258 (11th Cir. 1988) ("[A] district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction[.]").

Because Petitioner was confined at the Jackson Parish Correctional Center prior to filing his Petition, (*see* Petitioner's Detention History [ECF No. 8-1]), jurisdiction lies only in the Western District of Louisiana. *See* 28 U.S.C. § 98(c) (providing that the Western District of Louisiana comprises Jackson County).

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **TRANSFERRED** to the Western District of Louisiana. *See* 28 U.S.C. § 98. The Clerk is **DIRECTED** to **CLOSE** this case and **DENY as moot** all pending motions.

**DONE AND ORDERED** in Miami, Florida, this 25 day of September 2026.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: all counsel of record